| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nikki Hashemi, Esq.<br>3835R East Thousand Oaks Blvd.<br>Suite 322<br>Thousand Oaks, CA 91362<br>Tel 805-267-1288 Fax: 855-660-9889<br>SBN 238073<br>nikki@hashemilegal.com<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Zahra Nayer Khoubbakht<br><br><br><br><br>Debtor(s). | CASE NO.: 1:11-bk-23179<br>CHAPTER: 13<br>DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE[11 U.S.C. § 506(d)]<br>DATE: 2/14/12<br>TIME: 8:30am<br>COURTROOM: 301<br>FLOOR: 3 |
|---|---|

1. TO:  **PNC BANK, and all interested parties herein:**

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:
   ☐ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
   ☒ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 1/17/12

Nikki Hashemi, Esq. 238073
Printed Name of Individual Debtor or Attorney for Debtor

Hashemi Law Corporation
Printed name of law firm *(if applicable)*

*/s/ signature/*
Signature of Individual Debtor or Attorney for Debtor

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**

(DEBTOR: **Zahra Nayer Khoubbakht**)

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** PNC BANK

**1. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

Street Address: **6162 Sylvia Ave.**
Unit Number: ___
City, State, Zip Code: **Tarzana, CA 91335**
Legal description of Property for document recording number *(including county of recording)*:

☒ See attached page for legal description of Property or document recording number.

**2. Case History:**

a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on *(specify petition date)*: **11/12/11**

b. ☐ An Order of Conversion to chapter 13 was entered on *(specify date)*: ___

**3. Grounds for Avoidance of Junior Lien:**

a. As of *(date of title review)* **1/17/12**, the Property is subject to the following liens in the amounts specified securing the debt against the Property, that the debtor seeks to have treated as indicated:

(1) *(Name of holder of 1st lien)* **Citimortgage Inc.** in the amount of $ **517,614**.

(2) *(Name of holder of 2nd lien)* **PNC Bank** in the amount of $ **109,741.48** ☒ is ☐ is not to be avoided;

(3) *(Name of holder of 3rd lien)* ___ in the amount of $ ___ ☐ is ☐ is not to be avoided;

☐ See attached page for additional lien(s).

As of *(date of valuation/appraisal)* **2/25/11**, Property is worth no more than *(value per valuation/appraisal)* $ **350,000.00**.

b. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on *(type of evidence)* **Citimortgage statements & Deed of Trust**, attached hereto and identified as Exhibit **A**.

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on *(type of evidence)* **PNC Bank Proof of Claim filed 11/29/11 w/ Deed of Trust & Statements**, attached hereto and identified as Exhibit **B**.

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on *(type of evidence)* ___, attached hereto and identified as Exhibit ___.

(4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit **A & B**.

(5) ☒ The value of the Property from paragraph 3(b) is based on *(type of evidence)* **Appraisal Report and Declaration of Appraiser**, attached as Exhibit **C**.

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence *(specify/identify supplemental evidence)*: ___ attached as Exhibit ___.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 2    F 4003-2.4.MOTION

**d. WHEREFORE, Debtor prays that this Court issue an Order granting the this Motion and establishing that:**

(1) The Property is valued at no more than *(requested value)* $ **350,000.00**        .

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per the filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: The Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

**e.** ☐ See attached continuation page for additional provisions.

Date: 1/17/12

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: **Nikki Hashemi, Esq.**
Printed Name of Debtor or Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 3    F 4003-2.4.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3835R East Thousand Oaks Blvd.
Suite 322
Thousand Oaks, CA 91362

A true and correct copy of the foregoing document described as __Debtor's Motion to Avoid Junior Lien on Principal Residence__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __1/17/12__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Zahra KhoubBakht (Debtor)
6162 Sylvia Ave.
Tarzana, CA 91335

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Date __1/17/12__    Signature: _____
Printed Name __Nikki Hashemi, Esq. 238073__

**II. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)*<br>**Citibank NA**<br>**c/o Eugene McQuade, CEO**<br>**3900 Paradise Rd. Suite 127**<br>**Las Vegas, NV 89109** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☒ Other: *specify* : **this Court's prior notes on tentative rulings.** | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
|---|---|---|
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Citibank<br>**c/o CT Corporation Systems**<br>**818 W. 7th Street**<br>**Los Angeles, CA 90017** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>**Citimortgage Inc.**<br>**PO BOX 689196**<br>**Des Moines, IA 50368** | Address from:<br>☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify* : **Citibank Proof of Claim filed in Debtor's prior Chapter 13 case which was dismissed.** | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

| 2nd lienholder *(name and address)*<br>**PNC Bank, NA**<br>**c/o James Rohr, CEO**<br>**222 Delaware Ave.**<br>**Wilmington, Delaware 19899** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
|---|---|---|
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>**PNC Bank National Corp.**<br>**c/o Sidney Binder**<br>**10505 Slater Ave.**<br>**Fountain Valley, CA 92708** | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>**PNC Bank**<br>**PO BOX 94982**<br>**Cleveland, OH 44101** | Address from:<br>☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

| 3rd lienholder *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
|---|---|---|
| 3rd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011 — Page 5 — F 4003-2.4.MOTION

| | | |
|---|---|---|
| | | Tracking# _____ <br> ☐ Overnight Mail - <br> Tracking# _____ <br> Carrier Name: |
| 3rd lienholder *(name)* and Servicing Agent *(name and address)* | Address from: <br> ☐ Proof of Claim ☐ Secretary of State <br> ☐ FDIC website ☐ Other: *specify* | Delivery Method <br> ☐ US Mail <br> ☐ Certified Mail - <br> Tracking# _____ <br> ☐ Overnight Mail - <br> Tracking# _____ <br> Carrier Name: |

| | | |
|---|---|---|
| Alternative/Additional Address *(name and address)* <br> **Hon. Victoria Kaufman** <br> **21041 Burbank Blvd Suite 354** <br> **Woodland Hills CA 91367** | Address from: <br> ☐ Proof of Claim ☐ Secretary of State <br> ☐ FDIC website ☐ Other: *specify* | Delivery Method <br> ☒ US Mail <br> ☐ Certified Mail - <br> Tracking# _____ <br> ☐ Overnight Mail - <br> Tracking# _____ <br> Carrier Name: |
| Alternative/Additional Address *(name and address)* <br> **Elizabeth Rojas, Ch 13 Trustee** <br> **15060 Ventura Blvd Suite 240** <br> **Sherman Oaks, CA 91403** | Address from: <br> ☐ Proof of Claim ☐ Secretary of State <br> ☐ FDIC website ☐ Other: *specify* | Delivery Method <br> ☒ US Mail <br> ☐ Certified Mail - <br> Tracking# _____ <br> ☐ Overnight Mail - <br> Tracking# _____ <br> Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011 — Page 6 — F 4003-2.4.MOTION

Case 1:11-bk-23179-VK    Doc 23    Filed 01/18/12    Entered 01/18/12 16:06:12    Desc
Case 1:11-bk-23179-VK    Claim 10-1 Part 2    Filed 11/29/11    Desc Exhibit    Page 5
Main Document    Page 7 of 9
of 5

9

**EXHIBIT "A"**

LOT 26 OF TRACT NO. 15107, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 442, PAGES 17, 18 AND 19 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

MORTGAGEDEED_A

## DECLARATION of DEBTOR(S)

I, Zahra Nayer KhoubBakht, declare and state as follows:

1. I am the Debtor in the current Chapter 13 proceeding, for which my Voluntary Petition and Plan were filed on November 12, 2011, bearing case number **1:11-bk-23179 VK**.

2. I am the legal owner of one real property, my primary residence located at 6162 Sylvia Ave., Reseda, CA 91335 with legal description of: Tract# 15107, Lot26, which is fully encumbered. My property was appraised in February 2011 at $350,000.00 by a licensed appraiser in good faith. The Appraisal Report and Appraiser's declaration under penalty of perjury are attached hereto and incorporated herein as Exhibit C.

3. My principal residence is encumbered by a First Deed of Trust which is currently held by Citimortgage Inc./**Citibank NA**, and is currently about $517,614.00, based on my credit report at the time of filing and the Proof of Claim filed by CitiMortgage Inc. filed on March 2, 2011, during my prior Chapter 13 Bankruptcy. Attached as **Exhibit "A"** is a true and correct copy of the Deed of Trust issued by the First Lien-Holder during a refinance as it appears in Citimortgage's Proof of claim, as well as a recent mortgage statement.

4. My principal residence is encumbered by a Second Deed of Trust held by **PNC BANK** in the amount of **$109,741.48**, based on the proof of claim filed by the same bank in the current proceedings. Attached as **Exhibit "B"** is a true and correct copy of the Deed of Trust issued by the Second Lien-Holder as it appears in their proof of claim, together with recent mortgage statement.



I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and complete to the best of my knowledge.

Executed at Encino, California, under penalty of perjury under the laws of the State of California.

Date: 1/17/12

/s/ [signature]

Zahra Nigar Khoshkbiha (Defendant/Debtor)